UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY HARNETT,

                 Petitioner,

-against-

EILEEN RUSSEL,

                 Respondent.

22-CV-0610 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Petitioner, currently incarcerated at Bedford Hills Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging the constitutionality of her 2015 conviction in the New York Supreme Court, Queens County. *See People v. Harnett*, 134 N.Y.S.3d 273, (2d Dep't Dec. 16, 2020), *lv denied*, 36 N.Y.3d 1057 (N.Y. Feb. 11, 2021). Because Petitioner was convicted and sentenced in Queens County, which is located in the Eastern District of New York, this action is transferred under Local Rule 83.3 to the United States District Court for the Eastern District of New York.

    The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Clerk of Court is further directed to transfer this action to the United States District Court for the Eastern District of New York. Whether Petitioner should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes the case in the Southern District of New York.

    Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 24, 2022
         New York, New York

                                                /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                    Chief United States District Judge